UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                   :

JENNIFER FINLEY, et al.,                                  :

                               Plaintiffs,                    :                    25-CV-00401 (JAV)

        -v-                                          :                    <u>ORDER</u>

NEWPORT BEACH HOLDINGS, LLC, et al.,      :

                              Defendants.                :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Currently pending before the Court is the motion to dismiss filed by Defendants FCI Lender Services, Inc. and Wilmington Savings Fund Society, FSB. ECF No. 15. In support of their motion, Defendants have submitted extrinsic evidence. *Id.*

      When the Court considers matters outside the pleadings in resolving a motion to dismiss, Rule 12(d) of the Federal Rules of Civil Procedure require the Court to treat the motion as one for summary judgment. Plaintiffs, who are proceeding *pro se*, are hereby placed on notice that the Court intends to convert the pending motion to a motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure.

      This means that the Court may decide this case without a trial, based on written materials, including affidavits, submitted in support of the motion. THE CLAIMS YOU ASSERT IN YOUR COMPLAINT MAY BE DISMISSED WITHOUT A TRIAL IF YOU DO NOT RESPOND by filing sworn affidavits and/or other documents as required by Rule 56(c) of the Federal Rules of Civil Procedure.

      Rule 56 provides that you may NOT oppose summary judgment simply by relying on the

allegations in your complaint. Rather, you must submit evidence, such as witness statements or documents, countering the facts asserted by the Defendants and raising specific facts that support your claim. If you have proof of your claim, now is the time to submit it. Any witness statements must be in the form of affidavits. An affidavit is a sworn statement of fact based on personal knowledge stating facts that would be admissible in evidence at trial. You may submit your own affidavit and/or the affidavits of others. You may submit affidavits that were prepared specifically in response to defendant's motion for summary judgment. If you do not submit affidavits and/or documents contradicting the facts asserted by the Defendants, the court may accept Defendants' facts as true.

Plaintiffs shall have until **November 8, 2025**, to make any additional submissions of evidentiary material in opposition to the pending motion.

SO ORDERED.

Dated: October 8, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge