UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                               :

JENNIFER FINLEY and OLLIE BROWN,

                     Plaintiff,

                                    25-CV-00401 (JAV)

-v-

                                    ORDER

NEWPORT BEACH HOLDINGS, LLC;
WILMINGTON SAVINGS FUND SOCIETY, FSB,
as Owner Trustee of the Aspen Growth IV Trust;
FCI LENDER SERVICES, INC.,

                   Defendant.
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated January 24, 2025, ECF No. 4, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, by October 23, 2025. To date, Defendant Newport Beach Holdings, LLC, has not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 21, 2025**.

      SO ORDERED.

Dated:  November 20, 2025
         New York, New York

                                                             JEANNETTE A. VARGAS
                                                             United States District Judge