UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                        :

JENNIFER FINLEY, et al.,                :

                        :

           Plaintiff,       :        25-CV-00401 (JAV)

                        :

      -v-                 :         ORDER

                        :

NEWPORT BEACH HOLDINGS, LLC, et al.,  :

                        :

         Defendant.      :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On April 16, 2025, Defendant Newport Beach Holdings, LLC ("Defendant") filed its Answer and Counterclaim to the Complaint.  ECF No. 17.  Plaintiffs filed their Answer to Defendant's Counterclaim, on April 29, 2025.  ECF No. 21.  On December 5, 2025, Defendant submitted a letter to the Court stating their intention "to submit a motion to dismiss based on the Court's findings that Plaintiff's requests for debt validation were not timely and that Co-Defendants did not violate" the Fair Debt Collections Practices Act.  ECF No. 51.

Pursuant to Federal Rules of Civil Procedure Rule 12(b), a motion to dismiss must be filed before an Answer to a Complaint is filed.  Accordingly, to the extent Defendant seeks to file a motion for summary judgment, such motion shall be due by **January 23, 2026**.  Plaintiffs' opposition papers shall be due **March 9, 2026**.  Defendant's reply shall be due **March 19, 2026**.

      SO ORDERED.

Dated:  December 9, 2025
       New York, New York          _____
                               JEANNETTE A. VARGAS
                               United States District Judge