

## McMichael Taylor Gray, LLC

3550 Engineering Drive|Suite 260|Peachtree Corners, GA 30092
Office: 404-474-7149|Fax: 404-745-8121

January 22, 2026

**VIA CM/ECF**
**Hon. Jeannette A. Vargas**
**Daniel Patrick Moynihan**
**United States Courthouse**
**500 Pearl Street**
**New York, New York 10007**

**MEMO ENDORSED**

Re  Finley et al v. Newport Beach Holdings, LLC et al SDNY Case No.: 1:25-cv-00401-JAV

**REQUEST FOR EXTENSION OF TIME TO FILE DEFENDANT NEWPORT BEACH HOLDINGS, LLC'S MOTION FOR SUMMARY JUDGMENT**

**Your Honor,**

The undersigned represents Defendant Newport Beach Holdings, LLC ("Defendant") in the above referenced matter. Pursuant to the scheduling Order dated December 9, 2025, Defendant is directed to file its motion for summary judgment on or before January 23, 2026. Due to delays with obtaining an affirmation from my client, Defendant's counsel respectfully requests an extension of thirty (30) days to file its next motion, which will be for summary judgment and additional relief, on or before February 23, 2025. Defendant's counsel of course consents to a reciprocal extension of Plaintiff's time to oppose Defendant's forthcoming motion.

Please confirm whether the extension request will be granted. Defendant's counsel thanks the Court and the parties for their courtesy. Thank you.

MCMICHAEL TAYLOR GRAY, LLC

By:   s/ Michael Jablonski

MICHAEL JABLONSKI. ESQ.
Attorneys for Defendant
mjablonski@mtglaw.com
(470) 903-6885

Defendant Newport Beach Holdings, LLC's request for an extension of time to file a motion for summary judgment is **GRANTED**. Defendant's motion for summary judgment shall be filed no later than **February 23, 2026**. Plaintiff's opposition papers shall be filed no later than **April 8, 2026**. Defendant's reply papers shall be filed no later than **April 20, 2026.**

SO ORDERED.
Dated: January 23, 2026

JEANNETTE. A. VARGAS
UNITED STATES DISTRICT JUDGE