UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER FINLEY, ET AL.,

Plaintiff,

-against-

NEWPORT BEACH HOLDINGS, LLC, ET AL.,

Defendant.

25 CIVIL 00401 (JAV)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum Opinion and Order dated November 19, 2026, Newport's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
November 20, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**